AO 91 (Rev. 11/11) Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Nathaniel Walker (YOB 1992)

*Defendant(s)*

Case No. **26mj5079**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 23, 2026 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit, which was reviewed by AUSA Maria Stiteler.

☑ Continued on the attached sheet.

*Complainant's signature*

Ross Dinger, ATF Special Agent
*Printed name and title*

Sworn telephonically and signed electronically.

Date: September 24, 2026

*Judge's signature*

City and state: Albuquerque, NM

Honorable Phillip G. Sapien, US Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF NATHANIEL ANTHONY WALKER YEAR OF BIRTH 1992 | Case No: ____________________ |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Ross Dinger, being duly sworn, do depose and hereby state the following:

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant for NATHANIEL ANTHONY WALKER, year of birth 1992, for being a Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924.

**AGENT BACKGROUND**

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since approximately 2024. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program, as well as the ATF Special Agent Basic Training. I am currently assigned to the ATF New York Field Division's Group IV, which includes members of the ATF and New York City Police Department ("NYPD"). I have been involved in the investigation of cases involving unlawful possession, manufacture, dealing, and trafficking of firearms and ammunition, including machine guns and privately made firearms known as "ghost guns." I have also become familiar with the ways in which members of criminal organizations use cellular phones and other communication devices to facilitate illicit activities, including the illegal purchase and sale of firearms. I have experience assisting with the execution of search warrants and arrests of the type described in this affidavit.

3. This affidavit is based on my own investigation and information obtained from law

enforcement officers with the ATF, the United States Postal Inspection Service, the Albuquerque Police Department, and the New York City Police Department, official law enforcement reports, court documents, body worn camera/lapel footage, and surveillance footage that I have reviewed. This affidavit does not set forth all of my knowledge, or summarize all of the investigative efforts in this on-going investigation.

**STATEMENT OF PROBABLE CAUSE**

4. On September 2, 2026, an ATF agent acting in an undercover ("UC 1") capacity was introduced to an individual who identified himself as "Nate," later identified as Nathaniel WALKER. WALKER is suspected of firearms trafficking and currently resides in Albuquerque, New Mexico.

5. According to UC 1, "Nate" appeared to be inside of a residence during the conversation, which was via FaceTime. The phone number used by "Nate" for this call ended in the last four digits -6393.

6. During this call, "Nate" showed UC 1 several models of 3D printed handgun frames, slides and force reset trigger parts. "Nate" also had multiple one-shot derringers for sale in various colors. UC 1 informed "Nate" they were looking for more completed semi-automatic firearms and "Nate" said he had multiple options for sale and that he could ship the slide and frame separately to avoid detection. "Nate" gave UC 1 an approximate price point of $1,200.00 for two completed semi-automatic pistols. "Nate" showed a small compact handgun with a pink frame and black side in the video with the words "pocket pleaser" on the upper part of the frame. "Nate" also sent a video to UC 1 separately of how to connect the slide and frame once it is received in the mail.[1]

---

[1] I was able to identify "Nate" as Nathaniel WALKER based on my review of Nathaniel WALKER's identification documents, including his New York State driver's license, and my own personal interactions with WALKER.

7. During the same call, "Nate" introduced another male in the video who appeared to be a Hispanic male in his mid-20s with tattoos on his neck, arms and hands (SUBJECT NUMBER 2).

8. On September 4, 2026, "Nate" advised UC 1 that the package containing the firearms was dropped off at a post office in Albuquerque, NM, and "Nate" provided a USPS tracking number of 9405 5301 0935 5450 1971 35.

9. USPS databases show that the abovementioned tracking number is associated with a USPS account with a return address on University Blvd NE in Albuquerque, New Mexico. This specific address has been associated with NATHANIEL WALKER since April 3, 2026. According to law enforcement databases, WALKER also goes by the name Nate Corleone. The name Nate Corleone is also associated with the postal account associated with the tracking number.

10. WALKER has also been associated with the Instagram account "@i_am_n8_the_gr8" (display name: N8 the GR8// UID:74614615706). The user of the "@i_am_n8_the_gr8" Instagram account frequently posts images and videos of 3D printers printing what appear to be PMFs, WALKER himself shooting firearms and handling PMFs (with his face included in these images and videos), and what appears to be 3D printed suppressors. The "@i_am_n8_the_gr8" account also posts pictures of USPS shipping products with captions indicating orders are being shipped. The business "B2A" (acronym for "Belt 2 Ass") is advertised on "@i_am_n8_the_gr8" Instagram account.

11. On September 10, 2026, WALKER was observed on surveillance footage at the post office listed above shipping two international parcels and one domestic parcel. One international parcel bore tracking number LH276241404US. The parcel had a return address of "B2A, 1 Cntral Ave, Albuquerque, NM 87102" and a recipient address in Frejus, France. The other

international parcel bore tracking number LH276241126US and had the same return address as the previous international parcel and a recipient address in Oshwa, Ontario, Canada. The description of contents for both parcels was "hot glue applicator."

12. U.S. Customs and Border Protection (CBP) officials searched those two parcels and discovered that they contained firearms parts that appeared to be readily converted into an operable firearm, as shown in the below photos. WALKER can be seen writing "B2A" on the outside of the parcel on August 17, 2026, and listed "B2A" as the business on the customs form at the post office before completing the transaction.



**Fig. 1** and **Fig. 2**: International packages seized by CBP containing firearms parts.

13. On September 18, 2026, ATF agents were advised by the One Central Apartment manager that WALKER was evicted from his apartment at 1 Central Ave NW, Albuquerque, NM 87102 on August 31, 2026, and was not supposed to be in the building after that. The manager advised agents that WALKER's girlfriend lived in a different apartment number, also at 1 Central

Ave NW,[2] and they believed WALKER had been staying with her since his eviction and driving her vehicle. A maintenance worker informed agents that he had seen WALKER in the building on September 16, 2026.

14. On September 2, 2026, WALKER sent UC 1 a video of himself handling a pink and black suspected pistol with "Pocket Pleaser" on the frame of the suspected firearm. The location data shows it was taken in the vicinity of 1 Central Ave NW, Albuquerque, NM 87102. During this video, a second individual's hands are seen with tattoos that are consistent with those of SUBECT NUMBER 2. Also in the video, the other individual can be heard saying "Nate." "Nate" is the name WALKER goes by. This video appears to be taken on the same day as the FaceTime call with UC 1 mentioned above – that is, September 2, 2026, which is after WALKER's eviction from 1 Central Ave NW, Apt 617.

15. On or about September 15, 2026, a reel of a 3D printer in the beginning stages of printing, suspected firearms, suspected firearms parts, WALKER handling suspected firearms, an individual shooting suspected firearms both outside and into a bucket, and images of what appear to be a 3D printed suppressor was posted on the @i_am_n8_the_gr8 Instagram account.

16. On September 18, 2026, a video was posted to the @i_am_n8_the_gr8 Instagram account showing a picture of gun parts and 3D printed suspected firearms with "work shop" labeled over the photo. In that same posting, a glow in the dark suspected firearm is being handled and the background of the video shows decorations on the wall that are consistent with the video mentioned above from September 2, 2026, which shows WALKER's face while he is handling a firearm in that same apartment. That same day, another group of pictures and videos showing an electronic device, gun parts, 3D printed suspected firearms, and money on a kitchen counter was

---

[2] For privacy reasons, I have intentionally not included the apartment number of WALKER's girlfriend, who is not charged, in this affidavit.

posted and is consistent with the layout of the 1 Central Apartments.

17. On or about September 18, 2026, a video was posted to the @i_am_n8_the_gr8 account showing a male in a mask holding what appeared to be the same glow in the dark suspected firearm in his hand while walking down a set of stairs.

18. On September 20, 2026, a video was posted to the @i_am_n8_the_gr8 Instagram account showing pictures and videos of a 3D printer working on a Glock 19 style frame.

19. On September 20, 2026, WALKER spoke with UC 1 via phone and indicated he would be willing to get on an Amtrak with multiple firearms and bring them to UC 1 in New York and would be willing to make this trip frequently. WALKER also indicated he is mainly shipping to places that cannot buy guns and parts, and WALKER stated, "that's why they come to my Instagram." WALKER also mentioned he is currently shipping to one customer in Canada. WALKER also indicated he has 3D printers going 24/7.

20. On September 21, 2026, another ATF undercover officer (UC 2) made a controlled call to WALKER using WALKER's phone number ending in -6393. During the call, WALKER and UC 2 discussed meeting in the Albuquerque, New Mexico area and agreed to meet on Wednesday, September 23, 2026. WALKER further stated that UC 2 would be able to "see the printers" and what WALKER had on hand. WALKER stated that he heard that UC 2 would be interested in "getting some toys" and explained that he had a backorder because it took five to seven days to get parts from a company and put the firearms together. WALKER further explained that he had a Glock 17 coming in that was already paid for and that UC 2 and himself could discuss a deal in person.[3]

[3] During recorded conversations with WALKER, UC 1 explained that they were from the New York area and that UC 2 was traveling to New Mexico from out of state. Additionally, during the recorded conversation on September 21, 2026, UC 2 explained that they were on a trip to the mid-west from out of town.

21. On September 23, 2026, UC 1 had a recorded FaceTime call with WALKER. During this call, WALKER and UC 1 discussed that WALKER was in the process of moving and that was stopping him from making a gun for UC 2. On video during the call, WALKER showed UC 1 boxes that he was in the process of packing and stated, "the gun pieces I'm working on right now, these gun pieces, these are the printers." WALKER then showed UC 1 a box of what appears to be 3D printed pistol frames and stated "then this is the guns, this more gun shit. All my tools, everything." WALKER then showed UC 1 what appears to be a blue 3D printed pistol with "Belt 2 Ass" printed on the side and discussed how a girl was supposed to buy the pistol but was taking too long to show up. WALKER and UC 1 then discussed WALKER selling the pistol to UC 2.

22. On September 23, 2026, during the same FaceTime call with UC 1, WALKER explained that the day before he had a disagreement with someone after work who then followed him to his car and he told them that he had something for them "in the Cookie bag" and then WALKER on the FaceTime call racked the slide to the blue suspected pistol and pointed it at the camera. WALKER then stated that after this interaction, he told them, "If you need straps, holla at me, get my Instagram." WALKER then stated that he said, "bro I will put you down in front of the spot," referring to his workplace.

**SALE OF SUSPECTED FIREARMS AND AMMUNITION TO UNDERCOVER AGENTS**

23. On the same day, September 23, 2026, three ATF UCs, including ATF UC 2 (herein collectively the UCs), met with WALKER in the parking garage for WALKER's apartment building located at 1 Central Ave NW, Albuquerque, NM 87102. WALKER entered the UCs' vehicle and introduced himself to the UCs as "Nate." When one of the UCs introduced themself as "Mikey," WALKER stated "that's my brother's name." WALKER handled and gave the UCs what appeared to be a blue 3D printed pistol and discussed that he was selling it for $650 or $700

"with the extendo." WALKER explained that he was selling a Glock 17 and a Glock 19 for $800 each and that he usually throws in a holster or something. WALKER stated that he was creating his own 150 round drum magazine and he has optics and lasers. WALKER explained that the printing time varies based off of the type of firearm that he prints and that a Glock 19 averages about 8 or 9 hours to print, a Glock 17 takes about 12 to 13 hours and a Glock 43x takes about 8 hours. WALKER further explained that he could print about 10 firearms a day because he has two printers. WALKER explains that he was currently backordered and that he had a "Ruger top" coming tomorrow. WALKER explained that he orders performance Glock parts and that once he puts the pieces together, he posts them on Instagram and 30 minutes later they are sold. WALKER stated that he has orders from Bulgaria, France, and Belize.

24. WALKER then left the UCs' vehicle and entered the building at 1 Central, before returning to the car with a blue "Cookies" bag. WALKER showed the ATF UCs what appears to be a small derringer style 3D printed firearm and stated that it was "mission ready." WALKER then loaded one round of .22 LR ammunition into the barrel before explaining that they should not load ammunition into the barrel unless they are "ready to go." WALKER explained that he was selling the smaller firearm for $150 and that he can't keep enough of them. WALKER further explained that he takes them into the club, has videos of him in the club with them and that he is working on an integrated silencer for them.



**Fig. 3**: Electronic Surveillance of WALKER with suspected firearm with one (1) round of 22LR ammunition loaded into the barrel.

25. At the conclusion of the meeting, the UCs purchased three (3) suspected 3D printed firearms and two (2) rounds of 22 Long Rifle caliber ammunition from WALKER for $1400.



**Fig. 4**: Three (3) suspected firearms purchased from WALKER on September 23, 2026.

## ARREST OF WALKER AND SEARCH WARRANT

26. On September 23, 2026, directly following WALKER's meeting with the UCs, WALKER was arrested by ATF agents, and a search warrant was executed on his girlfriend's apartment at 1 Central Ave NW, Albuquerque, NM 87102, where WALKER was believed to be staying.

27. During WALKER's arrest, while he was handcuffed and standing in the hallway outside his apartment, WALKER yelled to his dog "Norte, attack!" before telling an ATF agent "I'm gonna have my dog attack all of you guys."

28. During the search of WALKER's girlfriend's apartment, ATF seized approximately nine (9) 3D printed suspected pistol frames, approximately 100 rounds of Remington 22 Long Rifle subsonic ammunition, two (2) 3D printers and assorted tools that could be used in the manufacture of firearms. Based on my training and experience, and conversations with certified ATF nexus expert Mia Miller, the seized Remington ammunition does not appear to have been manufactured in the state of New Mexico. These findings are preliminary as all the evidence seized has not been fully reviewed.

29. A review of WALKER's criminal history shows that he has a felony conviction from the Eastern District of New York for Conspiracy to Import Cocaine (Case No. 12-CR-00610-002) from 2014 which would prohibit him from possessing firearms and/or ammunition.

## CONCLUSION

30. Based on the foregoing information, there is probable cause to believe WALKER committed violations of being a Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924.

31. Assistant United States Attorney Maria Stiteler reviewed this criminal complaint.

I swear the above information is true and correct to the best of my knowledge and belief.

__________________________________
ROSS DINGER
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Electronically subscribed and telephonically sworn to before me this 24th day of September, 2026.

__________________________________
HONORABLE PHILLIP G. SAPIEN
UNITED STATES MAGISTRATE JUDGE