FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 20 2026
ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26CR5535 KG |
| | ) | |
| vs. | ) | Count 1: 18 U.S.C. §§ 922(g)(1) and 924: |
| | ) | Felon in Possession of a Firearm and |
| **NATHANIEL WALKER,** | ) | Ammunition; |
| | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. § 111(a): Assault |
| | ) | Upon a Federal Officer. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about September 23, 2026, in Bernalillo County, in the District of New Mexico, the defendant, **NATHANIEL WALKER**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, conspiracy to import cocaine, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 2

On or about September 23, 2026, in Bernalillo County, in the District of New Mexico, the defendant, **NATHANIEL WALKER**, intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer and employee of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, while John Doe was engaged in, and on account of, the performance of John Doe's official duties.

In violation of 18 U.S.C. § 111(a).

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **NATHANIEL WALKER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. A Pink Ruger, model LCP, .380 caliber pistol frame, bearing serial number 373-35014,

b. Approximately ten Glock-style, 3D-printed, privately made firearm (PMF) pistol frames, bearing no serial number,

c. A white, 3D-printed, PMF pistol frame, bearing no serial number,

d. A pink derringer-style, 3D-printed PMF, bearing no serial number,

e. A grey, 3D-printed suppressor, bearing no serial number,

f. Approximately 55 rounds of CCI .22 caliber ammunition,

g. Approximately 100 rounds of Remington .22 caliber ammunition, and

h. Firearm parts associated with the above-described firearms, seized from defendant's residence on September 23, 2026.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney